07-146-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA vs. LAMBERT, DAVON A CAPITOL HEIGHTS, MD 20743 Defendant | Violation Notice Number(s) X0509954 CC90 ASSAULT,RESIST,IMPEDE-OFFICER | Violation Date(s) 02/04/2006 |
|---|---|---|

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

**FILED APR 2 4 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MANDATORY__ may be Forfeited in Lieu of Appearance.

Date 5/25/06

_[signature]_
United States Magistrate Judge
HON RITA COYNE FEDERMAN

## RETURN

| RECEIVED | DATE 6/16/2006 | LOCATION L.A. CA 90012 |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| DATE 4/24/07 | LOCATION USMS 333 Constitution Ave |
|---|---|

Name: Stephenie Owens   Title: DUSM   District: P/PC d/c
Date: 4/24/07   Signature: _[signature]_

07-146-M-01

10602 0001

# United States District Court
## Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC90 | X 0509954 | BERLOTTI | 6696 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 04 FEB 06 2027
Offense Charged: ☐ CFR ☒ USC ☐ State Code — TITLE 18 USC SEC 111
Place of Offense: JUNIPER / BLUERIDGE

Offense Description:
TITLE 18 USC PART 1 CHAP 11 ARTICLE 111
ASSAULTING, RESISTING, OR IMPEDING
A CERTAIN OFFICER

### DEFENDANT INFORMATION

| Last Name | First Name | Phone | M.I. |
|---|---|---|---|
| LAMBERT | DAVON | (805) 734-3060 | A |

Street Address: 
City: VANDENBERG  State: CA  Zip Code: 93437
Drivers License No.: (Social Security No.)
DL State: CA  Date of Birth (mm/dd/yyyy): 
Sex: ☒ Male ☐ Female  ☐ Adult ☐ Juvenile
Hair: BRN  Eyes: BRN  Height: 5'7"  Weight: 135

### VEHICLE DESCRIPTION
| Tag No. | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| | CA | 03 | PONTIAC | | SILVER |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $
 Forfeiture Amount
 + $25 Processing Fee
 $ Total Collateral Due

YOUR COURT DATE
Court Address: US COURT, 1415 STATE ST, SANTA BARBARA CA 9301
Date (mm/dd/yyyy): 750
Time (hh:mm): 750

X Defendant Signature: Alfred Lambert

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04 FEB, 20 06 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

AS POLS, I STOPPED A SILVER PONTIAC
CA LIC SL98168 FOR SPEED. I
IDENTIFIED THE DRIVER AS LAMBERT,
DAVON VIA CA DL. DRIVER
FAILED FIELD SOBRIETY TESTS. AS
LAMBERT WAS BEING PLACED INTO
HANDCUFFS HE BECAME COMBATIVE
BY PULLING HIS ARM AWAY FROM MY
GRASP. LAMBERT WAS YELLING PROFANITIES
AND HAD TO BE TOLD REPEATEDLY
TO QUIT RESISTING MYSELF, FOLLOW
AND SHIFEY HAD TO PHYSICALLY
TAKE LAMBERT TO THE GROUND IN
ORDER TO HANDCUFF HIM DURING
THE ORDEAL LAMBERT KEPT BEING
A PLURIENTATIVE AND WOULD NOT
FOLLOW ANY INSTRUCTIONS. ALL
INFORMATION ON THE FRONT OF
THIS NOTICE IS INCORPORATED
BY REFERENCE HEREIN

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 04 FEB 06
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)  US Magistrate Judge

CVB Scan 2/13/2006 10:42:13

---

04/23/2007 09:53 2139943917 US MARSHAL PAGE 10/15

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT